COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 August 10, 2016
 No. 10-15-00322-CR
 JOSHUA DOMINGO LOREDO
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 54[th] District Court
 McLennan County, Texas
 Trial Court No. 2014-2310-C2
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issue raised and finds no reversible error is presented. Accordingly the trial court's Judgment of Conviction by Jury signed on September 2, 2015 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk